UNITED STATES DISTRICT COURT
SOUTHERN  DISTRICT OF FLORIDA
MIAMI  DIVISION
Case No.: 1:21-cv-20290-BB

| | |
|---|---|
| REYNA  BONILLA,  and  other  similarly situated individuals, | ) ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | ) |
| A.R. PRODUCE & TRUCKING CORPORATION and ANA MARTINEZ, | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

The  Plaintiff,  REYNA  BONILLA,  (hereinafter  the  "Plaintiff")  hereby  discloses  the

following pursuant to the Local Rules:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and

corporation  that  has  or  may  have  an  interest  in  the  outcome  of  this  action—including

subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that

own 10% or more of a party's stock, and all other identifiable legal entities related to *any*

party in the case:

    a.  REYNA BONILLA;

    b.  Saenz & Anderson, PLLC and any of its associates or co-counsel who files an

        appearance;

    c.  R. Martin Saenz, Esq.;

    d.  Tanesha Blye, Esq.;

    e.  Aron Smukler, Esq.;

      f.   The Defendant(s); and

      g.   The attorney(s) for the Defendant(s) when an appearance is filed.

2.   The name of every other entity whose publicly-traded stock, or debt may be substantially affected by the outcome of the proceedings:

      a.   None.

3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

      a.   None.

4.   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      a.   REYNA BONILLA.

**I HEREBY CERTIFY** that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.  I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated: February 4, 2021.          Respectfully submitted,

                        **s/Aron Smukler**
                        Aron Smukler (FBN: 297779)
                        E-mail: asmukler@saenzanderson.com
                        SAENZ & ANDERSON, PLLC
                        20900 NE 30th Avenue, Ste. 800
                        Aventura, Florida 33180
                        Telephone: (305) 503-5131
                        Facsimile: (888) 270-5549
                        *Attorney for Plaintiff*