UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:21-cv-20290-DPG

REYNA BONILLA, and other similarly )
situated individuals, )
 )
       Plaintiff(s), )
 )
v. )
 )
A.R. PRODUCE & TRUCKING )
CORPORATION; ANA MARTINEZ, )
 )
       Defendants. )
_____)

## JOINT PROPOSED SCHEDULING ORDER

This Matter is before the Court on the parties' Joint Scheduling Report pursuant to Local Rule 16.1(b)(2) and (3) of the Local Rules of the United States District Court for the Southern District of Florida, and this Court's Order entered on January 25, 2021 [ECF No. 4]. After considering the Joint Scheduling Report, it is hereby ORDERED AND ADJUDGED as follows:

## SCHEDULING ORDER

1. Case Management Track: Pursuant to Local Rule 16.1, this matter is assigned to "_____ Track," given the complexity of the case, number of parties, volume of evidence, and time estimated by the parties for discovery.

2. The parties shall have until _____, 2021 to exchange their initial disclosures.

3. The parties shall join or amend pleadings _____, 2021.

4. The Plaintiff shall disclose his experts by _____ 2021.

5. The Defendant shall disclose their experts by _____, 2021.

6. Mediation shall be completed by _____, 2021

7. All discovery, including expert witness discovery shall be completed by _____ _____, 2021.

8. All dispositive motions shall be filed by _____, 2021.

9. All non-dipositive pretrial motions, including motions *in limine*, shall be filed by _____, 2021.

10. All non-dipositive pretrial motions, including motions *in limine*, shall be resolved by the Court by _____, 2021.

11. The Joint pretrial stipulation, proposed jury instructions and verdict form shall be filed two (2) weeks prior to trial.

12. The parties shall comply with any agreements entered into during their discovery planning conference regarding the preservation, disclosure, and discovery of documents, electronically stored information, or things, as well as any agreements regarding the assertion of privilege or protection of trial preparation materials after production.

13. Manual on Complex Litigation: The Court finds there is no necessity for use of the Manual.

14. Pretrial Conference: A pretrial conference is set for _____, 20\_\_\_\_, at \_\_\_:\_\_\_ \_\_.m.

15. Trial: This matter is set for the two-week trial period beginning _____, 20_____, unless modified by further order of the Court.

**DONE AND ORDERED** in Chambers in _____, Florida, this _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Copies to: *Counsel of Record*