UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-cv-20290-GAYLES/TORRES

REYNA BONILLA,
and other similarly situated individuals,

    Plaintiff,
v.

A.R. PRODUCE & TRUCKING CORPORATION
and ANA MARTINEZ,

    Defendants.
_____/

**DECLARATION OF RUBEN MARTIN SAENZ AS TO ATTORNEY'S
FEES AND COSTS IN SUPPORT OF THE PARTIES' JOINT MOTION FOR
APPROVAL OF FLSA SETTLEMENT AND TO DISMISS CASE WITH PREJUDICE**

1. My name is Ruben Martin Saenz. I am the attorney of record for Plaintiffs, REYNA BONILLA ("Plaintiff") and JORGE A. PEREZ ("Opt-In Plaintiff") (collectively referred to as "Plaintiffs").

2. I am over the age of eighteen (18) years and fully competent to testify as to the matters set forth in this declaration.

3. This declaration is based on my personal knowledge of attorney's fees and costs to be charged and collected, and upon my review of the books and records of Saenz & Anderson, PLLC, made in the ordinary course of business and held under my supervision and control.

4. I am an owner of Saenz & Anderson, PLLC and have been a licensed and practicing attorney since May 2003. I practice primarily in Miami-Dade and Broward counties in the area of employment law, including wage and hour law. Throughout the years, I have successfully litigated, I believe, over one thousand cases on behalf of employees fighting injustice at the workplace.

# **EXHIBIT A**

5. I graduated from Syracuse University, College of Law in 2002. I have been a member of the Florida Bar since May of 2003. I am also a member of the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, and the United States Court of Appeals for the 11th Circuit.

6. Since 2003, the primary focus of my practice has been employment law.

7. Throughout my career, my practice has been in both state and federal courts. I have consulted, litigated and tried cases involving employees' rights under the FLSA, Title VII, the Florida Civil Rights Act of 1992, Florida Whistleblower's Act, the Florida Worker's Compensation Act, the Family and Medical Leave Act of 1993 and other employee-related laws.

8. I have been selected as a *Florida Rising Star* by the *Super Lawyers Magazine* in 2012, 2013 and 2014. I have also tried and won what I believe is the largest verdict in a religious discrimination case in Florida.

9. I have authored articles, chapters, and the book written in Spanish titled "*My Rights as an Employee in the U.S., Part 1: The Basic Rights (2010).*" Along with my law partner, Ilona Anderson, I have also coauthored the book titled "How to File for Employment Discrimination with the Equal Employment Opportunity Commission (the EEOC)."

10. My reputation and proven abilities have allowed me to maintain my practice through referrals from attorneys and from former and current satisfied clients.

11. I have prepared (or collaborated in the preparation) and fully reviewed the motion for approval of settlement agreement in the instant action and I attest that the motion is well-grounded in fact and law.

12. The attached billing and expense records specifically indicate the activity performed by my law partner, Ilona Anderson, my firm's Lead Litigation Attorney, Tanesha W.

**EXHIBIT A**

Blye, my firm associate(s), our support team, and by the undersigned in prosecuting the above-styled action. The referenced billing and expense records are attached hereto as **Exhibit 1** to this declaration.

13. Mrs. Blye and my firm's legal team are highly experienced in litigating employment matters, including cases under the FLSA.

14. I am of the opinion that the number of hours spent in the instant case was reasonable and necessary considering the nature of this litigation and all the circumstances surrounding it.

15. My firm routinely bills all its FLSA cases for plaintiffs at the rate of $400.00 per hour for the professional services that are rendered. My hourly rate of $400.00 per hour reflects Mrs. Blye's and my skill and experience in litigating employment cases and is reasonable considering the relevant legal marketplace. My firm's attorneys, who helped me litigate this case under my supervision, also bill at the rate of $400.00 per hour or $250.00 per hour. Their relevant experience is highlighted in my firm's website (https://www.saenzanderson.com/attorneys/).

16. My associate Aron Smukler, Esq., who works under my supervision and control, bills at a rate of $250.00 per hour. He has experience litigating employment cases as he has been working for my firm first as a paralegal since August of 2018 and then as an attorney at law since April 16, 2020. Mr. Smukler is knowledgeable in FLSA law and has attended at least 3 of my trials.

17. Based upon my experience, familiarity with rates charged by other lawyers, and fees awarded in similar litigation by federal district courts and state circuit courts in Florida, I believe that my rate (and that of those attorneys associated with my firm) of $400 per hour is reasonable. I also believe that my law clerk and paralegal's rate ($75 per hour) is also reasonable.

# **EXHIBIT A**

18.	I am of the opinion that the work performed was done efficiently and effectively and that the time spent on that work was reasonable and not excessive.

19.	The undersigned is seeking compensation for attorneys' fees incurred on behalf of Plaintiffs.  However, I specifically agree to reduce my total billing invoice to the amount indicated in the settlement agreement and in the motion for approval of the FLSA settlement agreement, because I believe such reduction was necessary to help my clients reach a favorable settlement in her case.

20.	In addition, the Plaintiffs have incurred costs and the undersigned is seeking reimbursement in the amount of $2,242.00.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DECLARATION AND THAT THE FACTS STATED IN IT ARE TRUE.

*/s/ R. Martin Saenz*
R. MARTIN SAENZ, ESQ.

# **EXHIBIT A**

Bonilla, Reyna v. AR Produce

Case details generated 07/02/2021

Date Range: All time

Add Time Entry

**Billable** vs total
$20,847.50
83.03 hour(s)

**Invoiced** vs total
$0.00
0 hour(s)

Total amount and hours recorded
$20,847.50
83.03 hour(s)

Text Size

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Jul 2, 2021 | Meeting with | 0.20 | Co-counsel Martin Saenz regarding Declaration regarding fees and costs, in preparation for finalizing Motion for Approval of FLSA Settlement Agreement. | $400.00/hr | $80.00 | Open | Tanesha Blye |
| Jul 2, 2021 | Correspond | 0.30 | Confer with opposing counsel regarding Joint Motion for Approval of FLSA Settlement. | $400.00/hr | $120.00 | Open | Tanesha Blye |
| Jul 2, 2021 | Draft and Finalize | 0.80 | Motion for Approval of FLSA settlement and proposed order; prepared exhibits. | $400.00/hr | $320.00 | Open | Tanesha Blye |
| Jul 2, 2021 | settlement | 0.20 | checks | $75.00/hr | $15.00 | Open | Ursula Lanfranco |
| Jun 23, 2021 | Review | 0.10 | uploads add deadlines | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| Jun 23, 2021 | upload docs | 0.05 | PAPERLESS ORDER administratively closing case in light of [28] Notice of Settlement | $50.00/hr | $2.50 | Open | Ana G Turcios |
| Jun 22, 2021 | Receive/Review ECF No. | 0.05 | 30 | $250.00/hr | $12.50 | Open | Aron Smukler |
| Jun 22, 2021 | Review and Confer | 0.05 | review ECF No. 29 and confer with TB | $250.00/hr | $12.50 | Open | Aron Smukler |
| Jun 22, 2021 | Meeting with | 0.60 | client. | $150.00/hr | $90.00 | Open | Franchesca Sarmiento |
| Jun 22, 2021 | File | 0.10 | notice | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| Jun 22, 2021 | File | 0.20 | notice of settlement | $75.00/hr | $15.00 | Open | Ursula Lanfranco |
| Jun 22, 2021 | Draft | 0.45 | notices settlement widthdraw cancellation | $75.00/hr | $33.75 | Open | Ursula Lanfranco |
| Jun 22, 2021 | Meeting with | 0.70 | Clients in preparation for mediation. | $400.00/hr | $280.00 | Open | Tanesha Blye |
| Jun 22, 2021 | Mediation | 7.20 | Attend | $400.00/hr | $2,880.00 | Open | Tanesha Blye |
| Jun 22, 2021 | Mediation | 0.15 | clients to sign conf agreements upload send | $75.00/hr | $11.25 | Open | Ursula Lanfranco |
| Jun 21, 2021 | Draft | 1.00 | Draft Responses to Opposing Counsel's Answers on Perez v. Ana Martinez | $150.00/hr | $150.00 | Open | Ricardo Arevalo |
| Jun 21, 2021 | Draft | 1.00 | Draft Responses to Opposing Counsel's answers to Perez v. A.R. Produce | $150.00/hr | $150.00 | Open | Ricardo Arevalo |
| Jun 21, 2021 | Draft | 1.00 | Draft responses to Opposing Counsel's answers for Bonilla v. Ana Martinez | $150.00/hr | $150.00 | Open | Ricardo Arevalo |
| Jun 21, 2021 | Draft | 1.00 | Draft the responses to Opposing Counsel's answers in Bonilla v. A.R. Produce | $150.00/hr | $150.00 | Open | Ricardo Arevalo |
| Jun 21, 2021 | Review File | 1.10 | To prepare for mediation and TC with Plaintiffs. | $400.00/hr | $440.00 | Open | Tanesha Blye |
| Jun 21, 2021 | TC- Client- Status | 0.60 | Bonilla - to prepare for mediation. | $400.00/hr | $240.00 | Open | Tanesha Blye |
| Jun 21, 2021 | TC- Client- Status | 0.50 | Jorge Perez - to prepare for mediation. | $400.00/hr | $200.00 | Open | Tanesha Blye |
| Jun 18, 2021 | Draft | 1.00 | confidential mediation summary | $250.00/hr | $250.00 | Open | Aron Smukler |
| Jun 17, 2021 | Review & Draft | 1.50 | Review Opposing Counsel answers to RFA, Rogs, and RFP for Perez v. Ana Martinez | $150.00/hr | $225.00 | Open | Ricardo Arevalo |



# EXHIBIT A

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Jun 17, 2021 | Review & Draft | 1.50 | Review Opposing Counsels answers to our RFA, ROGS, and RFP for Perez v. A.R. Produce | $150.00/hr | $225.00 | Open | Ricardo Arevalo |
| Jun 17, 2021 | Review and Draft | 1.50 | Review all of Opposing Counsel's answers for ROGS, RFP and RFA to Bonilla v. Ana Martinez | $150.00/hr | $225.00 | Open | Ricardo Arevalo |
| Jun 17, 2021 | Review and Draft | 1.50 | Review all of Opposing Counsel's answers to our ROGS, RFA and RFP for Bonilla v. A.R. Produce | $150.00/hr | $225.00 | Open | Ricardo Arevalo |
| Jun 17, 2021 | Review & Research | 1.00 | Review Judge's Oder setting Discovery Procedures/ Research on drafting Motion to Compel Better Response | $150.00/hr | $150.00 | Open | Ricardo Arevalo |
| Jun 17, 2021 | Receive and Review | 0.05 | correspondence re mediation summary | $250.00/hr | $12.50 | Open | Aron Smukler |
| Jun 17, 2021 | Confer with Clerk | 0.10 | RA re Ds' deficient discovery responses | $250.00/hr | $25.00 | Open | Aron Smukler |
| Jun 16, 2021 | Review | 0.20 | case tasks | $75.00/hr | $15.00 | Open | Ursula Lanfranco |
| Jun 14, 2021 | Text Message Client re: | 0.10 | | $150.00/hr | $15.00 | Open | Franchesca Sarmiento |
| Jun 14, 2021 | Deposition | 0.15 | upload notice add to calendar do letter do envelope send | $75.00/hr | $11.25 | Open | Ursula Lanfranco |
| Jun 14, 2021 | Receive and Review | 0.05 | Notice of Taking Videotaped Deposition of Plaintiff Jorge Perez | $250.00/hr | $12.50 | Open | Aron Smukler |
| Jun 14, 2021 | Deposition | 0.05 | coordinate | $75.00/hr | $3.75 | Open | Ursula Lanfranco |
| Jun 14, 2021 | Deposition | 0.25 | upload notice add to calendar do letter to envelop scan upload send | $75.00/hr | $18.75 | Open | Ursula Lanfranco |
| Jun 11, 2021 | Receive and Review | 0.05 | notice of taking bonilla's deposition | $250.00/hr | $12.50 | Open | Aron Smukler |
| Jun 8, 2021 | upload docs | 0.15 | discovery responses | $75.00/hr | $11.25 | Open | Ursula Lanfranco |
| Jun 7, 2021 | Draft and Serve | 0.65 | Plaintiff's Rule 26 Initial Disclosure and Documents | $250.00/hr | $162.50 | Open | Aron Smukler |
| Jun 4, 2021 | Receive and Review | 0.50 | Defendants' discovery responses; develop case strategy. | $400.00/hr | $200.00 | Open | Tanesha Blye |
| Jun 3, 2021 | Calendar deadlines | 0.05 | update | $75.00/hr | $3.75 | Open | Ursula Lanfranco |
| Jun 3, 2021 | confer | 0.10 | with OC & UL re Defendants' discovery responses | $250.00/hr | $25.00 | Open | Aron Smukler |
| Jun 3, 2021 | Review | 0.10 | uploads tasks | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| Jun 2, 2021 | Review and Revise | 1.10 | Reply to Defendant's Response in Opposition to Motion for Certification. | $400.00/hr | $440.00 | Open | Tanesha Blye |
| Jun 2, 2021 | Research | 0.95 | Research | $150.00/hr | $142.50 | Open | Franchesca Sarmiento |
| Jun 2, 2021 | Research | 2.85 | Prepare a Reply to Response to Motion to Certify | $150.00/hr | $427.50 | Open | Franchesca Sarmiento |
| Jun 2, 2021 | Draft and Confer | 5.00 | draft reply to response in opposition to motion for conditional certification, plaintiff's declaration, and plaintiff's consent to join, and confer with FS re research and with Plaintiff re consent to join and declaration | $250.00/hr | $1,250.00 | Open | Aron Smukler |
| May 26, 2021 | Receive/Review ECF No. | 0.25 | 24 | $250.00/hr | $62.50 | Open | Aron Smukler |
| May 26, 2021 | Receive, Review and Docket | 0.80 | response to motion to certify class. | $400.00/hr | $320.00 | Open | R. Martin Saenz |
| May 26, 2021 | Confer with OC | 0.05 | re MET | $250.00/hr | $12.50 | Open | Aron Smukler |
| May 26, 2021 | Receive/Review ECF No. | 0.10 | 25 & correspondence to court | $250.00/hr | $25.00 | Open | Aron Smukler |
| May 26, 2021 | upload docs | 0.05 | DEFENDANTS' RESPONSE IN OPPOSITION TO MOTION FOR CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION | $50.00/hr | $2.50 | Open | Ana G Turcios |
| May 24, 2021 | Receive and Review | 0.05 | correspondence re discovery extension | $250.00/hr | $12.50 | Open | Aron Smukler |

**EXHIBIT A**

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| May 14, 2021 | Update | 0.05 | calenedar | $75.00/hr | $3.75 | Open | Ursula Lanfranco |
| May 14, 2021 | Review and Confer | 0.15 | review court's orders/notices/correspondence & confer with UL re settlement conference | $250.00/hr | $37.50 | Open | Aron Smukler |
| May 13, 2021 | Review | 0.05 | uploads | $75.00/hr | $3.75 | Open | Ursula Lanfranco |
| May 13, 2021 | Review | 0.05 | uploads | $75.00/hr | $3.75 | Open | Ursula Lanfranco |
| May 13, 2021 | upload docs | 0.10 | | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| May 13, 2021 | Review | 0.05 | uploads | $75.00/hr | $3.75 | Open | Ursula Lanfranco |
| May 13, 2021 | Prepare | 0.30 | Letter for client re: answers to interrogatories and verification. | $400.00/hr | $120.00 | Open | R. Martin Saenz |
| May 13, 2021 | Correspondence | 0.35 | do envelopes scan upload | $75.00/hr | $26.25 | Open | Ursula Lanfranco |
| May 13, 2021 | Review and Research | 0.15 | Defendants' objections to notice of taking deposition | $250.00/hr | $37.50 | Open | Aron Smukler |
| May 12, 2021 | Review File | 3.30 | conference with client re- outstanding discovery; finalize and serve answers to interrogatories (unverified) and responses to request for production. | $400.00/hr | $1,320.00 | Open | R. Martin Saenz |
| May 12, 2021 | Receive/Review ECF No. | 0.05 | 23 | $250.00/hr | $12.50 | Open | Aron Smukler |
| May 12, 2021 | Draft | 0.55 | motion for extension of time of discovery deadline & proposed order | $250.00/hr | $137.50 | Open | Aron Smukler |
| May 12, 2021 | upload docs | 0.05 | P's MOTION to Certify Class Conditional Certification | $50.00/hr | $2.50 | Open | Ana G Turcios |
| May 11, 2021 | Research, Draft, File, and Confer | 1.00 | research and finalize draft of motion for conditional certification & certificate of conferral, and confer with TB | $250.00/hr | $250.00 | Open | Aron Smukler |
| May 11, 2021 | Finalize & Send | 2.60 | answers to interrogatories and responses to request for production concerning client Jorge Perez. | $400.00/hr | $1,040.00 | Open | R. Martin Saenz |
| May 11, 2021 | Deposition | 0.10 | zoom link | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| May 10, 2021 | Prepare | 2.05 | First draft of responses to request for production on behalf of Jorge Perez. | $400.00/hr | $820.00 | Open | R. Martin Saenz |
| May 10, 2021 | Conference With Client re- | 1.80 | answers to interrogatories and responses to request for production; discuss case status with client Jorge Perez. | $400.00/hr | $720.00 | Open | R. Martin Saenz |
| May 10, 2021 | Deposition | 0.30 | reschedule do notice update calendar send | $75.00/hr | $22.50 | Open | Ursula Lanfranco |
| May 10, 2021 | Deposition | 0.10 | reschedule coordinate | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| May 10, 2021 | Revise and Confer | 0.40 | revise motion for collective action and confer with TB & OC | $250.00/hr | $100.00 | Open | Aron Smukler |
| May 7, 2021 | Receive and Review | 0.10 | mediation scheduling paperwork | $250.00/hr | $25.00 | Open | Aron Smukler |
| May 7, 2021 | Receive and Review | 0.05 | email re deposition | $250.00/hr | $12.50 | Open | Aron Smukler |
| May 7, 2021 | Mediation | 0.10 | docs to sign | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| May 7, 2021 | Correspond with OC | 0.05 | re motion for conditional certification | $250.00/hr | $12.50 | Open | Aron Smukler |
| May 7, 2021 | Research, Draft, and Confer | 2.60 | research deadline to move for conditional certification, draft motion for conditional certification, and confer with TB | $250.00/hr | $650.00 | Open | Aron Smukler |
| May 6, 2021 | Receive and Review | 0.05 | Plaintiff's signed declaration | $250.00/hr | $12.50 | Open | Aron Smukler |
| May 6, 2021 | Update | 0.10 | Update email address for Mr. Perez and resend document to get signature | $75.00/hr | $7.50 | Open | Jocelyn Aguilar |
| May 6, 2021 | Deposition | 0.10 | coordinate | $75.00/hr | $7.50 | Open | Ursula Lanfranco |



# EXHIBIT A

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| May 5, 2021 | Discovery responses | 0.95 | drafts | $75.00/hr | $71.25 | Open | Ursula Lanfranco |
| May 5, 2021 | Receive and Review | 0.05 | correspondence re depositions | $250.00/hr | $12.50 | Open | Aron Smukler |
| May 5, 2021 | confer | 0.05 | with UL re P's discovery responses | $250.00/hr | $12.50 | Open | Aron Smukler |
| May 5, 2021 | Call | 0.10 | Call client to remind about signature of declaration | $75.00/hr | $7.50 | Open | Jocelyn Aguilar |
| May 3, 2021 | Confer with Clerk | 0.05 | JS re declaration of opt-in plaintiff | $250.00/hr | $12.50 | Open | Aron Smukler |
| Apr 30, 2021 | Correspond | 0.05 | with TB re motion for collective action | $250.00/hr | $12.50 | Open | Aron Smukler |
| Apr 29, 2021 | Review and Revise | 0.70 | Review Motion for Conditional Certification and exhibits; revise same. | $400.00/hr | $280.00 | Open | Tanesha Blye |
| Apr 29, 2021 | Review | 0.10 | deadlines | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| Apr 29, 2021 | Confer with Clerk | 0.05 | JA re opt-in plaintiff's declaration | $250.00/hr | $12.50 | Open | Aron Smukler |
| Apr 28, 2021 | Discovery | 0.20 | upload discovery rqts do envelope add deadline check tasks | $75.00/hr | $15.00 | Open | Ursula Lanfranco |
| Apr 28, 2021 | Prepare | 2.50 | and send 12 sets of discovery for defendants. | $400.00/hr | $1,000.00 | Open | R. Martin Saenz |
| Apr 28, 2021 | Deposition | 0.05 | coordinate | $75.00/hr | $3.75 | Open | Ursula Lanfranco |
| Apr 28, 2021 | Review client's file and docket of events to determine status of case and analyze strategy and next step. | 0.80 | | $400.00/hr | $320.00 | Open | R. Martin Saenz |
| Apr 28, 2021 | Deposition | 0.20 | reschedule | $75.00/hr | $15.00 | Open | Ursula Lanfranco |
| Apr 28, 2021 | email | 0.10 | email to client to get signature | $75.00/hr | $7.50 | Open | Jocelyn Aguilar |
| Apr 27, 2021 | Draft and Confer | 1.50 | draft motion for conditional certification and exhibits and confer with JA re declaration of opt-in plaintiff | $250.00/hr | $375.00 | Open | Aron Smukler |
| Apr 21, 2021 | Correspondence | 0.20 | letter to client mediation do envelope send | $75.00/hr | $15.00 | Open | Ursula Lanfranco |
| Apr 21, 2021 | upload docs | 0.15 | def docs | $75.00/hr | $11.25 | Open | Ursula Lanfranco |
| Apr 21, 2021 | Confer with Client | 0.10 | re discovery responses | $250.00/hr | $25.00 | Open | Aron Smukler |
| Apr 21, 2021 | Receive and Review | 0.30 | Defendants' documents 000056-000105 | $250.00/hr | $75.00 | Open | Aron Smukler |
| Apr 20, 2021 | Mediation | 1.25 | Prepare Notice of filing proposed order scheduling mediation, efile notices, sent email to judge with proposed order, sent email to mediator with notices filed, coordinate interpreter for mediation by email, prepare letters to clients and called clients for check availability | $75.00/hr | $93.75 | Open | Jocelyn Aguilar |
| Apr 20, 2021 | Receive and Review | 0.05 | ECF No. 21 | $250.00/hr | $12.50 | Open | Aron Smukler |
| Apr 20, 2021 | Mediation | 0.20 | upload notice filed add to calendar | $75.00/hr | $15.00 | Open | Ursula Lanfranco |
| Apr 20, 2021 | Mediation | 0.25 | coordinate review notice | $75.00/hr | $18.75 | Open | Ursula Lanfranco |
| Apr 19, 2021 | Mediation | 0.10 | proposed order scheduling mediation | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| Apr 19, 2021 | Receive and Review | 0.05 | emails re mediation | $250.00/hr | $12.50 | Open | Aron Smukler |
| Apr 15, 2021 | upload docs | 0.10 | witness lists review tasks | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| Apr 14, 2021 | Draft and Confer | 0.25 | draft amended witness list and confer with opt-in plaintiff | $250.00/hr | $62.50 | Open | Aron Smukler |

**EXHIBIT A**

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Apr 14, 2021 | Receive and Review | 0.10 | Defendants' witness list | $250.00/hr | $25.00 | Open | Aron Smukler |
| Apr 14, 2021 | upload docs | 0.05 | witness list | $75.00/hr | $3.75 | Open | Ursula Lanfranco |
| Apr 14, 2021 | Draft, Confer, and Serve | 0.60 | Draft and serve initial witness list, and confer with plaintiff and opt-in plaintiff | $250.00/hr | $150.00 | Open | Aron Smukler |
| Apr 14, 2021 | Receive and Review | 0.05 | ECF No. 19 | $250.00/hr | $12.50 | Open | Aron Smukler |
| Apr 13, 2021 | Mediation | 0.15 | coordinate review notice | $75.00/hr | $11.25 | Open | Ursula Lanfranco |
| Apr 13, 2021 | Receive, Review, and Confer | 0.10 | receive email from UL and confer with RH re motion for conditional certification | $250.00/hr | $25.00 | Open | Aron Smukler |
| Apr 13, 2021 | Discovery requests | 0.40 | upload requests add deadline do letters do envelopes scan upload send | $75.00/hr | $30.00 | Open | Ursula Lanfranco |
| Apr 13, 2021 | Calendar deadlines | 2.00 | trial order do letter to client do envelope scan upload send reminders | $75.00/hr | $150.00 | Open | Ursula Lanfranco |
| Apr 13, 2021 | Draft and Confer | 0.50 | draft witness list and confer with RH | $250.00/hr | $125.00 | Open | Aron Smukler |
| Apr 12, 2021 | Draft | 0.20 | Letter to client about trial and drafted up Notice of selection of mediator. | $75.00/hr | $15.00 | Open | Jocelyn Aguilar |
| Apr 12, 2021 | Receive and Review | 0.10 | ECF No. 18 | $250.00/hr | $25.00 | Open | Aron Smukler |
| Apr 12, 2021 | Receive and Review | 0.10 | discovery requests to Ps | $250.00/hr | $25.00 | Open | Aron Smukler |
| Apr 12, 2021 | Translations | 0.50 | call client translate for tanesha | $75.00/hr | $37.50 | Open | Ursula Lanfranco |
| Apr 12, 2021 | Receive and Review | 0.05 | emails re mediation | $250.00/hr | $12.50 | Open | Aron Smukler |
| Apr 9, 2021 | Receive and Review | 0.05 | email re Ps' witness list | $250.00/hr | $12.50 | Open | Aron Smukler |
| Apr 8, 2021 | Receive and Review | 0.05 | emails re mediation | $250.00/hr | $12.50 | Open | Aron Smukler |
| Apr 8, 2021 | Calendar deadlines | 0.40 | SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE | $50.00/hr | $20.00 | Open | Ana G Turcios |
| Mar 25, 2021 | Strategize, Prepare, and Confer | 1.30 | strategize re settlement, prepare damages analysis, and confer with Plaintiff Jorge Perez re settlement and time records produced by D | $250.00/hr | $325.00 | Open | Aron Smukler |
| Mar 24, 2021 | Receive and Review | 0.15 | notice of taking Corp. Rep. deposition & related emails with OC | $250.00/hr | $37.50 | Open | Aron Smukler |
| Mar 24, 2021 | Deposition | 0.15 | notice send add to calendar | $75.00/hr | $11.25 | Open | Ursula Lanfranco |
| Mar 23, 2021 | Review, Confer, and Strategize | 0.80 | review documents produced, confer with P re same & possible settlement, & strategize as to damages | $250.00/hr | $200.00 | Open | Aron Smukler |
| Mar 22, 2021 | Deposition | 0.10 | coordinate | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| Mar 18, 2021 | Call | 0.20 | Schedule phone conference with both clients | $75.00/hr | $15.00 | Open | Jocelyn Aguilar |
| Mar 18, 2021 | Correspondence | 0.03 | upload do envelope mark task | $75.00/hr | $2.50 | Open | Ursula Lanfranco |
| Mar 18, 2021 | Confer, Review, and Strategize | 0.50 | Confer with OC re settlement, review time cards produced by D, and strategize re settlement | $250.00/hr | $125.00 | Open | Aron Smukler |
| Mar 16, 2021 | Deposition | 0.15 | coordinate | $75.00/hr | $11.25 | Open | Ursula Lanfranco |
| Mar 16, 2021 | Review and Confer | 0.15 | review file & confer with UL re depositions | $250.00/hr | $37.50 | Open | Aron Smukler |
| Mar 15, 2021 | Receive and Review | 0.10 | emails re settlement conference | $250.00/hr | $25.00 | Open | Aron Smukler |
| Mar 15, 2021 | Review | 0.30 | case tasks | $75.00/hr | $22.50 | Open | Ursula Lanfranco |

# EXHIBIT A

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Mar 9, 2021 | email | 0.10 | email sent to both plaintiff with documents for their review | $75.00/hr | $7.50 | Open | Jocelyn Aguilar |
| Mar 9, 2021 | Review | 0.05 | uploads | $75.00/hr | $3.75 | Open | Ursula Lanfranco |
| Mar 8, 2021 | Receive and Review | 0.40 | ECF No. 17 and supporting documents | $250.00/hr | $100.00 | Open | Aron Smukler |
| Mar 8, 2021 | upload docs | 0.05 | 2021-03-08 D's RESPONSE TO P's SOC | $50.00/hr | $2.50 | Open | Ana G Turcios |
| Feb 26, 2021 | Review | 0.05 | uploads | $75.00/hr | $3.75 | Open | Ursula Lanfranco |
| Feb 25, 2021 | upload docs | 0.05 | JSR JOINT PROPOSED SCHEDULING ORDER | $50.00/hr | $2.50 | Open | Ana G Turcios |
| Feb 25, 2021 | Draft and Confer | 0.80 | JSR & Proposed Order & confer with OC | $250.00/hr | $200.00 | Open | Aron Smukler |
| Feb 23, 2021 | Review | 0.05 | uploads | $75.00/hr | $3.75 | Open | Ursula Lanfranco |
| Feb 23, 2021 | upload docs | 0.05 | ORDERS | $50.00/hr | $2.50 | Open | Ana G Turcios |
| Feb 23, 2021 | upload docs | 0.05 | NOTICE OF COMPLIANCE | $50.00/hr | $2.50 | Open | Ana G Turcios |
| Feb 22, 2021 | Draft and File | 0.15 | notice of compliance | $250.00/hr | $37.50 | Open | Aron Smukler |
| Feb 22, 2021 | Review, Prepare, and Serve | 0.20 | bate stamp & redact P's statement of claim documents | $250.00/hr | $50.00 | Open | Aron Smukler |
| Feb 22, 2021 | Correspond | 0.40 | with client & prior counsel re supporting documents | $250.00/hr | $100.00 | Open | Aron Smukler |
| Feb 18, 2021 | Update | 0.10 | deadlines | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| Feb 18, 2021 | Rule 26 Conference | 0.15 | coordinate send email | $75.00/hr | $11.25 | Open | Ursula Lanfranco |
| Feb 18, 2021 | Settlement Conference | 0.35 | coordinate send email to judge | $75.00/hr | $26.25 | Open | Ursula Lanfranco |
| Feb 17, 2021 | Review and Confer with Clerk | 0.10 | Review Orders & confer with UL re JSR & conference | $250.00/hr | $25.00 | Open | Aron Smukler |
| Feb 17, 2021 | Correspond with clerk | 0.05 | RH re client documents | $250.00/hr | $12.50 | Open | Aron Smukler |
| Feb 17, 2021 | Receive and Review: | 0.20 | ECF No. 12 | $250.00/hr | $50.00 | Open | Aron Smukler |
| Feb 16, 2021 | Review | 0.20 | case tasks follow ups coordinate rule 26 conf settlement conf | $75.00/hr | $15.00 | Open | Ursula Lanfranco |
| Feb 16, 2021 | upload docs | 0.05 | Magistrate Judge Edwin G. Torres added per DE [14] Order of Recusal | $50.00/hr | $2.50 | Open | Ana G Turcios |
| Feb 16, 2021 | Receive and Review: | 0.05 | ECF No. 14 | $250.00/hr | $12.50 | Open | Aron Smukler |
| Feb 16, 2021 | upload docs | 0.05 | ORDER OF RECUSAL | $50.00/hr | $2.50 | Open | Ana G Turcios |
| Feb 15, 2021 | rule 26 disclosures | 0.40 | | $150.00/hr | $60.00 | Open | Randy A Hernandez |
| Feb 15, 2021 | upload docs | 0.10 | ANSWER and Affirmative Defenses to Complaint SOC | $50.00/hr | $5.00 | Open | Ana G Turcios |
| Feb 15, 2021 | Draft & File | 0.55 | Ps' Statement of Claim | $250.00/hr | $137.50 | Open | Aron Smukler |
| Feb 12, 2021 | confer | 0.05 | with BG re P's information | $250.00/hr | $12.50 | Open | Aron Smukler |
| Feb 11, 2021 | Review and Confer | 0.10 | review Order & confer with UL re JSR | $250.00/hr | $25.00 | Open | Aron Smukler |
| Feb 11, 2021 | Review and Correspond | 0.10 | with BG re information on the opt-in Plaintiff | $250.00/hr | $25.00 | Open | Aron Smukler |
| Feb 9, 2021 | Review and Confer | 0.40 | Review file & orders and confer with OC re JSR | $250.00/hr | $100.00 | Open | Aron Smukler |
| Feb 4, 2021 | Review | 0.05 | uploads | $75.00/hr | $3.75 | Open | Ursula Lanfranco |

**EXHIBIT A**

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Feb 4, 2021 | Rule 26 Conference | 0.10 | coordinate send email | $75.00/hr | $7.50 | Open | Ursula Lanfranco |
| Feb 4, 2021 | upload docs | 0.05 | NOTICE OF FILING NOTICES OF CONSENT TO JOIN | $50.00/hr | $2.50 | Open | Ana G Turcios |
| Feb 4, 2021 | upload docs | 0.10 | 2021-02-04 CERTIFICATE OF INTERESTED PERSONS 2021-02-04 NOTICE OF ATTORNEY APPEARANCE 2021-01-04 P's NOTICE OF PENDENCY OF OTHER ACTIONS | $50.00/hr | $5.00 | Open | Ana G Turcios |
| Feb 4, 2021 | Receive and Review: | 0.10 | ECF No. 9 & 10 | $250.00/hr | $25.00 | Open | Aron Smukler |
| Feb 1, 2021 | upload docs | 0.05 | 2021-02-01 Return of service to Defendants | $50.00/hr | $2.50 | Open | Ana G Turcios |
| Feb 1, 2021 | Receive and review certificate of interested parties and notice of pendency | 0.15 | | $250.00/hr | $37.50 | Open | Aron Smukler |
| Jan 26, 2021 | Receive and Review: | 0.10 | ROS on Defendants | $250.00/hr | $25.00 | Open | Aron Smukler |
| Jan 25, 2021 | Receive and Review: | 0.15 | ECF No. 4 | $250.00/hr | $37.50 | Open | Aron Smukler |
| Jan 25, 2021 | upload docs | 0.05 | ORDER REQUIRING SCHEDULING REPORT, CERTIFICATE OF INTERESTED PARTIES, AND STATEMENT OF CLAIM AND RESPONSE IN FLSA CASE | $50.00/hr | $2.50 | Open | Ana G Turcios |
| Jan 25, 2021 | upload docs | 0.10 | Clerks Notice of Judge Assignment to Judge Beth Bloom. SUMMONS ISSUED | $50.00/hr | $5.00 | Open | Ana G Turcios |
| Jan 25, 2021 | Review client's file and docket of events to determine status of case and analyze strategy and next step. | 0.40 | | $400.00/hr | $160.00 | Open | R. Martin Saenz |
| Jan 25, 2021 | Receive and Review: | 0.05 | ECF No. 2 | $250.00/hr | $12.50 | Open | Aron Smukler |
| Jan 22, 2021 | upload docs | 0.15 | complaint review tasks | $75.00/hr | $11.25 | Open | Ursula Lanfranco |
| Jan 22, 2021 | File Complaint, Summonses, & Civil Cover Sheet | 0.20 | | $250.00/hr | $50.00 | Open | Aron Smukler |
| Jan 22, 2021 | Draft | 0.25 | summonses and civil cover sheet | $250.00/hr | $62.50 | Open | Aron Smukler |

# EXHIBIT A

Bonilla, Reyna v. AR Produce

Case details generated 07/02/2021

Add Expense

| DATE | ACTIVITY | QUANTITY | COST | DESCRIPTION | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Jun 22, 2021 | Mediation | 1.0 | $1,000.00 | Karen Evans, Esq. from Litigation Resolution Incorporated | $1,000.00 | Open | Thor A Garcia |
| Jun 22, 2021 | Interpreting | 1.0 | $660.00 | by Fiorella Warger | $660.00 | Open | Thor A Garcia |
| Mar 8, 2021 | Flat fee for copying and postage per retainer agreement | 1.0 | $100.00 | | $100.00 | Open | Aron Smukler |
| Mar 8, 2021 | File Complaint, Summons, and Civil Cover Sheet | 1.0 | $402.00 | | $402.00 | Open | Aron Smukler |
| Jan 26, 2021 | Service of Process on Defendant(s) | 1.0 | $40.00 | To be served on: A.R. PRODUCE & TRUCKING CORPORATION c/o Ana Martinez | $40.00 | Open | Thor A Garcia |
| Jan 26, 2021 | Service of Process on Defendant(s) | 1.0 | $40.00 | To be served on: ANA MARTINEZ | $40.00 | Open | Thor A Garcia |

# EXHIBIT A