*Exhibit "B"*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 21-cv-20290-GAYLES/TORRES

REYNA BONILLA,
and other similarly situated individuals,

    Plaintiff,
v.

A.R. PRODUCE & TRUCKING CORPORATION
and ANA MARTINEZ,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF CONFIDENTIAL FLSA SETTLEMENT AND TO DISMISS CASE WITH PREJUDICE**

THIS CAUSE arose before the Court on the Joint Motion for Approval of Confidential FLSA Settlement and to Dismiss Case with Prejudice [ECF No. ____].  The above-styled action arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* and, therefore, requires Court Approval. *Lynn's Food Stores, Inc. v. United States,* 679 F. 2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness").  This Court, being fully advised in the premises, and upon review of the Settlement Agreements between the parties, hereby approves the settlement of the wage and hour claims as outlined in the Joint Motion for Approval of Confidential FLSA Settlement and to Dismiss Case with Prejudice and the Settlement Agreements.

Pursuant to the Joint Motion for Approval of Confidential FLSA Settlement and to Dismiss Case with Prejudice, this case is hereby dismissed with prejudice. The Court shall retain

1

jurisdiction to enforce the terms of the parties' Settlement Agreements and to award attorney's fees and costs in connection with such enforcement.

      **DONE AND ORDERED** in Chambers at the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida this _____ day of _____, 2021.

                                                  **UNITED STATES DISTRICT COURT JUDGE**

Copies furnished to:
Counsel of Record